**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF MARYLAND

Case number *(if known)*: _____   Chapter **11**

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**
Denison Landscaping & Nursery, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**
52-1254735

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8911 Oxon Hill Road<br>Fort Washington, MD 20744<br>*Number, Street, City, State & ZIP Code* | *P.O. Box, Number, Street, City, State & ZIP Code* |
| Prince Georges<br>*County* | **Location of principal assets, if different from principal place of business**<br>8911 Oxon Hill Road, Fort Washington, MD; 3009 Accokeek Road, Waldorf, MD; 35811 Providence Church Road, Delmar, DE<br>*Number, Street, City, State & ZIP Code* |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Denison Landscaping & Nursery, Inc.**         Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Denison Landscaping & Nursery, Inc.**  Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**    Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

■   **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **Denison Landscaping & Nursery, Inc.**     Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 9, 2025**
            MM / DD / YYYY

X **/s/ Robert E. Horsey, Co-Managing Member**     **Robert E. Horsey, Co-Managing Member**
Signature of authorized representative of debtor            Printed name

Title **Horsey Denison Landscaping, LLC, sole owner of the Debtor**

**18. Signature of attorney**

X **/s/ Paul Sweeney**     Date **May 9, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Paul Sweeney 07072**
Printed name

**YVS Law, LLC**
Firm name

**185 Admiral Cochrane Drive, Suite 130**
**Annapolis, MD 21401**
Number, Street, City, State & ZIP Code

Contact phone **(443) 569-5972**     Email address **psweeney@yvslaw.com**

**07072 MD**
Bar number and State

Debtor  **Denison Landscaping & Nursery, Inc.**   Case number (*if known*) _____
         Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF MARYLAND

Case number (*if known*) _____   Chapter  **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Denison Farms, LLC** | | Relationship to you | | **affiliate** |
| District | **Maryland** | When **5/06/25** | Case number, if known | | **25-14104** |
| Debtor | **Denison Landscaping, Inc.** | | Relationship to you | | **affiliate** |
| District | **Maryland** | When **5/06/25** | Case number, if known | | **25-14105** |
| Debtor | **Horsey Denison Landscaping LLC** | | Relationship to you | | **affiliate** |
| District | **Maryland** | When **5/06/25** | Case number, if known | | **25-14103** |
| Debtor | **Horsey Denison Properties, LLC** | | Relationship to you | | **affiliate** |
| District | **Maryland** | When **5/06/25** | Case number, if known | | **25-14106** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:   *

DENISON LANDSCAPING &   *   Case No: 25-_____
NURSERY, INC.     (Chapter 11)
  *
Debtor
  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Robert E. Horsey, declare under penalty of perjury that I am the co-managing member of Horsey Denison Landscaping LLC, the 100% owner of Denison Landscaping & Nursery, Inc. (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the member of the Company, at a special meeting duly called and held on the 8th day of May 2025.

Whereas, it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Robert E. Horsey, co-managing member of the Company, is authorized and directed to employ Paul Sweeney and the law firm of YVS Law, LLC to represent the Company in such bankruptcy case.

DENISON LANDSCAPING & NURSERY, INC.

By:   HORSEY DENISON LANDSCAPING LLC,
      its sole owner

By: _Robert E Horsey_

Name: _____Robert E. Horsey_____

Title: _____Co-Managing Member_____

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Denison Landscaping & Nursery, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                               12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Selective Insurance Co. of America P. O. Box 371468 Pittsburgh, PA 15250-7468 | | insurance | | | | $56,689.00 |
| Catoctin Mtn Growers Inc. 8051 Sixes Bridge Road Keymar, MD 21757 | | trade debt | **Disputed** | | | $0.00 |
| Delaware Quarries, Inc. P. O. Box 778 New Hope, PA 18938 | | trade debt | **Disputed** | | | $0.00 |
| Donna Denison 9530 Covenant Court Owings, MD 20736 | | substantially all assets | **Unliquidated Disputed** | Unknown | Unknown | Unknown |
| First National Bank of Pennsylvania Attn: Legal Department 3015 Glimcher Boulevard Hermitage, PA 16148 | | substantially all assets | | Unknown | Unknown | Unknown |
| Southern Maryland Oil P. O. Box 2130 La Plata, MD 20646 | | trade debt | | | | $0.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Debtor **Denison Landscaping & Nursery, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **U.S. Bank Equipment Finance, a division of U.S. Bank NA Bankruptcy Department P. O. Box 108 Saint Louis, MO 63166-0108** | | **equipment financed by U.S. Bank** | | **Unknown** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## District of Maryland

In re: **Denison Landscaping & Nursery, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Horsey Denison Landscaping LLC<br>8911 Oxon Hill Road<br>Fort Washington, MD 20744 | | | 100% ownership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Horsey Denison Landscaping, LLC, sole owner of the Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 9, 2025**

Signature **/s/ Robert E. Horsey, Co-Managing Member**
**Robert E. Horsey, Co-Managing Member**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re   **Denison Landscaping & Nursery, Inc.**                      Case No.   
                                    Debtor(s)                        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Horsey Denison Landscaping, LLC, sole owner of the Debtor of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 9, 2025**                     **/s/ Robert E. Horsey, Co-Managing Member**
                                            **Robert E. Horsey, Co-Managing Member**/**Horsey Denison Landscaping, LLC, sole owner of the Debtor**
                                            Signer/Title

Benjamin J. Campbell, Esquire
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, MD 21201


Benjamin P. Smith, Esquire
Shulman Roger, Ganda, Pordy & Ecker P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854


Bridget Ann Nolen, Esquire
Remus, Weddle & Cavenee, LLC
18 West Church Street, 2nd Floor
Frederick, MD 21701


Catoctin Mtn Growers Inc.
8051 Sixes Bridge Road
Keymar, MD 21757


Comptroller of Maryland
Bankruptcy Unit
301 West Preston Street, Room 409
Baltimore, MD 21201-2396


David V. Fontana, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Delaware Division of Revenue
P. O. Box 2340
Wilmington, DE 19899-2340


Delaware Quarries, Inc.
P. O. Box 778
New Hope, PA 18938

Denison Farms, LLC
8911 Oxon Hill Road
Fort Washington, MD 20744


Denison Landscaping, Inc.
8911 Oxon Hill Road
Fort Washington, MD 20744


Donna Denison
9530 Covenant Court
Owings, MD 20736


First National Bank of Pennsylvania
Attn: Legal Department
3015 Glimcher Boulevard
Hermitage, PA 16148


Horsey Denison Landscaping LLC
8911 Oxon Hill Road
Fort Washington, MD 20744


Keith M. Lusby, Esquire
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, MD 21202


Paul A. Fenn, Esquire
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, MD 21201


Selective Insurance Co. of America
P. O. Box 371468
Pittsburgh, PA 15250-7468


Southern Maryland Oil
P. O. Box 2130
La Plata, MD 20646

```
U.S. Bank Equipment Finance,
a division of U.S. Bank NA
Bankruptcy Department
P. O. Box 108
Saint Louis, MO 63166-0108
```

# United States Bankruptcy Court
## District of Maryland

In re  **Denison Landscaping & Nursery, Inc.**                                    Case No. _____
                              Debtor(s)                                            Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Denison Landscaping & Nursery, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Horsey Denison Landscaping LLC**
**8911 Oxon Hill Road**
**Fort Washington, MD 20744**

☐ None [*Check if applicable*]

| | |
|---|---|
| **May 9, 2025** | **/s/ Paul Sweeney** |
| Date | **Paul Sweeney 07072** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Denison Landscaping & Nursery, Inc.** |
| | **YVS Law, LLC** |
| | **185 Admiral Cochrane Drive, Suite 130** |
| | **Annapolis, MD 21401** |
| | **(443) 569-5972 Fax:(410) 571-2798** |
| | **psweeney@yvslaw.com** |